United States District Court
Northern District of California

1

2

3

4                        IN THE UNITED STATES DISTRICT COURT

5                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

6

7    K. R.,                                    Case No.  25-cv-02796-MMC

8                    Plaintiff,                **ORDER DIRECTING DEFENDANT TO
                                               SUBMIT COURTESY COPIES OF
9               v.                             PETITION FOR REMOVAL;
                                               DIRECTIONS TO ALL PARTIES
10   CARTER'S, INC., et al.,                   REGARDING USE OF MINOR
                                               PLAINTIFF'S NAME; DIRECTIONS TO
11                   Defendants.               PLAINTIFF'S COUNSEL; DENYING
                                               STIPULATION WITHOUT PREJUDICE**

12

13          On April 1, 2025, the above-titled action was reassigned to the undersigned.

14   Having reviewed the documents filed to date, the Court rules as follows:

15          1.  To facilitate the Court's review of the case, defendant Carter's Retail, Inc. is

16   hereby DIRECTED to submit forthwith courtesy copies of the Petition for Removal, filed

17   March 25, 2025, as well as the exhibits attached thereto.  Additionally, as required by the

18   Court's Standing Orders, courtesy copies "shall be submitted in single-sided format" and

19   "[a]ny attached exhibits shall be separated by tabbed dividers."  See Standing Orders for

20   Civil Cases Assigned to The Honorable Maxine M. Chesney ¶ 2.

21          2.  The Petition for Removal states that the named plaintiff is a minor but discloses

22   his full name in the caption, apparently because his full name was used in the state court

23   proceedings.  In district court, however, all filings containing "the name of an individual

24   known to be a minor" shall "include only" the "minor's initials."  See Fed. R. Civ. P. 5.2(a).

25   As the matter now proceeds in district court, all parties are hereby DIRECTED to refer to

26   plaintiff, in all further filings, by his initials, K.R.

27          3.  A minor's claims may only be pursued by "a duly appointed representative," or,

28   where the minor does not have such representative, by a "next friend" or "guardian ad

United States District Court
Northern District of California

1    litem."  See Fed. R. Civ. P. 17(c)(2).  K. R.'s claims, however, are not being pursued by a

2    a duly appointed representative, a next friend, or a guardian ad litem, but, rather, in his

3    own name.  Accordingly, counsel for K. R. is hereby DIRECTED to file, no later than April

4    18, 2025, an application by a qualified person seeking appointment as guardian ad litem.

5    Alternatively, if an order appointing a guardian ad litem has been issued by the state

6    court, counsel for K.R. shall file a copy of such order no later than April 18, 2025.[1]

7            4.  On March 31, 2025, the parties to the above-titled action filed a "Stipulation for

8    Dismissal of Punitive Damages Claim," signed by Renée Welze Livingston on behalf of

9    defendant and Jordan Dixon on behalf of plaintiff.  Jordan Dixon, however, is not a

10    member of the bar of this District.  "[A]n attorney must be a member of the bar of this

11    [District] to practice in this [District]," Civil L.R. 11-1(a), and no exception appears

12    applicable, see id.  Accordingly, the Stipulation is hereby DENIED, without prejudice to

13    refiling after Jordan Dixon, if he wishes to do so, becomes a member of the bar of this

14    District or, alternatively, co-counsel William McLaughlin, who is a member of the bar of

15    this District, enters into the stipulation on behalf of plaintiff.

16            **IT IS SO ORDERED.**

17

18    Dated: April 2, 2025

19                                                                      MAXINE M. CHESNEY
                                                                      United States District Judge

20

21

22

23

24

25

26
_____

27    [1] The Complaint, filed in state court on June 5, 2024, states that "Mother and
      Father of [K. R.] bring this action on his behalf – Guardian ad litem to follow."  (See

28    Compl. ¶ 3.a.(4)(b).)